UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. CAUSER<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT,<br><br>　　　　　　Defendants. | Case No. 5:21-cv-01174-SPG-MRW<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Pursuant to 28 U.S.C. § 636, the Court has conducted *de novo* review of the Petition for Writ of Habeas Corpus, all other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendation of the Magistrate Judge in its entirety.

　　　ACCORDINGLY, IT IS SO ORDERED:

　　　　1. The Report and Recommendation is approved and accepted.

　　　　2. judgment shall be entered consistent with this Order.

Dated: August 23, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. SHERILYN P. GARNETT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-